**Gilford HALL, Appellant,**

v.

**Mrs. J. D. RAINEY, Appellee.**

Court of Appeals of Kentucky.

Dec. 10, 1954.

Tackett & Tackett, Prestonsburg, for appellant.

Paul C. Combs and R. S. Wellman, Prestonsburg, for appellee.

PER CURIAM.

Appellant, Gilford Hall, has made a motion for appeal from a judgment of the

Floyd Circuit Court, which awarded appellee, Mrs. J. D. Rainey, damages in the sum of $803, resulting from the conversion of her property, and which dismissed a counterclaim filed by appellant.

We have reviewed the record and find no error which we consider to be prejudicial to appellant's substantial rights.

Motion for an appeal is overruled and the judgment is affirmed.